[No. 52666-9-I.   Division One.   May 3, 2004.]

PACMATION, INC., *Respondent*, v. MCE TECHNOLOGIES, INC., *Defendant*, PATRICK K. McDANIEL, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-14325-1, Mary Yu, J., entered June 13, 2003. *Reversed* by unpublished per curiam opinion.

[No. 52713-4-I.   Division One.   May 3, 2004.]

ALLSTATE INSURANCE COMPANY, *Appellant*, v. GREGORY L. BOWEN, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 03-2-16380-5, Gregory P. Canova, J., entered June 27, and July 10 and 14, 2003. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Cox, C.J., concurred in by Coleman and Schindler, JJ. Now published at 121 Wn. App. 879.

[Nos. 27954-1-II; 29155-0-II.   Division Two.   May 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL F. KENNEDY, *Appellant*.

*In the Matter of the Personal Restraint of* MICHAEL F. KENNEDY.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 01-1-00248-4, F. Mark McCauley, Gordon Godfrey, and David E. Foscue, JJ., entered October 5, 2001, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Hunt, JJ.